Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Park*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONG MIN PARK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and BRIAN MCGEE,<br><br>Defendants. | Case No.: 3:18-cv-00193-EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>**Local Rule 7-12**<br><br>JUDGE: Edward M. Chen<br>Ctrm: 5-17th Floor (San Francisco) |

WHEREAS, on January 9, 2018, Plaintiff Jong Min Park ("Plaintiff"), individually and on behalf of all others similarly situated, filed a putative class action complaint captioned *Park v. GoPro, Inc., et al.*, No. 18-cv-193 against defendants GoPro, Inc., Nicholas Woodman, and Brian McGee (collectively, "Defendants" and with Plaintiff, the "Parties") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (the "Complaint");

WHEREAS, on January 10, 2018, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 6) in the above-captioned action, setting the following deadlines:

1. **March 29, 2018** for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civ. L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding discovery, early settlement, and the ADR Multi-Option Program;

2. **April 12, 2018** for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

3. **April 19, 2018 at 9:30 a.m.** for an initial case management conference;

WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a specific process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

WHEREAS, lead plaintiff and lead counsel have not yet been appointed pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4. The deadline to move for appointment as lead plaintiff is March 12, 2018;

WHEREAS, once selected, the lead plaintiff will then appoint a lead counsel, subject to the Court's approval, § 78u-4(a)(3)(B)(v), and identify an operative complaint or file an amended complaint that becomes the operative complaint;

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in this action by any Defendant should occur until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the PSLRA, and (iii) such lead plaintiff serves an operative complaint;

WHEREAS, the parties respectfully submit that good cause exists to vacate the April 19, 2018 initial case management conference and associated ADR deadlines until such time as the Court has the opportunity to rule on the appointment of lead plaintiff and approval of lead counsel; and

WHEREAS, the Parties hereby stipulate, and respectfully request the Court to order, as follows:

1. Within 14 days of an order by the Court appointing lead plaintiff and lead counsel, Defendants and any lead plaintiff(s) appointed by the Court shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint and for the filing of a responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss;

2. Defendants shall not be required to answer, move, or otherwise substantively respond to the Complaint or any amended complaint until the date agreed upon by the Parties in the proposed schedule described in paragraph 1 above, if approved by the Court, or until such other further order by the Court.

3. Pursuant to Civil L.R. 16-2, the initial case management conference scheduled for April 19, 2018 shall be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, to be rescheduled for a date after the filing of any amended complaint or after the Court rules on Defendants' anticipated motion to dismiss, as the Court determines to be appropriate; and all associated ADR Multi-Option Program deadlines likewise be deferred.

4. Nothing in this Stipulation is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed in paragraphs 1 through 3 above.

///

///

///

IT IS SO STIPULATED.

Dated: January 17, 2018           **THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Park*

DATED: January 17, 2018           **FENWICK & WEST LLP**

By: /s/ Catherine D. Kevane
Catherine D. Kevane (SBN 215501)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Email:CKevane@Fenwick.com

*Counsel for Defendants GoPro, Inc.,
Nicholas Woodman and Brian McGee*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. CMC reset to 5/24/18 at 9:30 a.m. Joint CMC Statement due 5/17/18.

Dated: 1/25, 2018

The Honorable Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 17, 2018, I electronically filed the following STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on January 17, 2018.

/s/ Laurence M. Rosen
Laurence M. Rosen