SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
VINCENT BARREDO (CSB No. 275518)
vbarredo@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendants GoPro, Inc., Nicholas D.
Woodman and Brian T. McGee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONG MIN PARK, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GOPRO, INC., NICHOLAS D. WOODMAN AND BRIAN T. MCGEE,<br><br>    Defendants. | Master File No.: 3:18-cv-00193-EMC<br><br>CLASS ACTION<br><br>(modified)<br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING RESPONSE TO CONSOLIDATED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Date Action Filed:  January 11, 2018 |

Fenwick & West LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, this action is a proposed class action alleging violations of the federal

2    securities laws against GoPro, Inc. ("GoPro" or the "Company"), Nicholas Woodman and Brian

3    McGee (collectively, "Defendants");

4    WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, Pub. L. No.

5    104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the

6    administration of securities class actions, on April 19, 2018, this Court issued a Minute Order

7    conditionally appointing Lead Plaintiffs and Lead Counsel and ordering that the Consolidated

8    Amended Complaint be filed within 60 days (*i.e.*, June 18, 2018) (Dkt. No. 58);

9    WHEREAS, on April 26, 2018 the Court gave final approval of the appointment of Julie

10   Wiegand and Michael Birlenbach as Lead Plaintiffs (Dkt. No. 62);

11   WHEREAS, following appointment of Lead Plaintiffs and their counsel, the parties have

12   met and conferred and agreed on a schedule for  Defendants' responses to the Consolidated

13   Amended Complaint;

14   WHEREAS, pursuant to the proposed briefing schedule, the parties respectfully submit

15   that good cause exists to vacate the July 12, 2018 initial case management conference and

16   associated ADR deadlines until such time as the Court has the opportunity to rule on Defendants'

17   anticipated motion to dismiss; and

18   IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the

19   undersigned counsel for the parties, that:

20   1.    Defendants shall answer, move or otherwise respond to the Consolidated Amended

21   Complaint on or before August ~~17,~~ 2018;
<span>12</span>

22   2.    In the event that Defendants file a motion to dismiss, Lead Plaintiffs shall file an

23   opposition to the motion on or before O~~ctober 1,~~ 2018;
<span>August 23,</span>

24   3.    Defendants shall file any reply on or before ~~November 1~~, 2018;
<span>September 6</span>

25   4.    Defendants' anticipated motion to dismiss shall be noticed for hearing on

26   ~~December 6~~, 2018 at 1:30 p.m.; and
<span>September 20</span>

27   5.    Pursuant to Civil L.R. 16-2, the initial case management conference scheduled for

28   July 12, 2018 shall be vacated, along with any associated deadlines under the Federal Rules of

1  Civil Procedure and Local Rules, to be rescheduled for ~~a date after the Court rules on Defendants'~~
2  ~~anticipated motion to dismiss, as the Court determines to be appropriate~~; and all associated ADR
3  Multi-Option Program deadlines likewise be deferred.

4        6.     Neither Plaintiffs nor Defendants waive their rights to seek from each other or the
5  Court adjournments or extensions of the above deadlines.

6  Dated: May 2, 2018                 FENWICK & WEST LLP

7                                By: /s/ *Catherine D. Kevane*
8                                   Catherine D. Kevane
9                  Attorneys for Defendants GoPro, Inc., Nicholas D. Woodman and Brian T. McGee

10  Dated: May 2, 2018                 THE ROSEN LAW FIRM, P.A.

11                                By: /s/ *Jacob Goldberg*
12                                  Jacob Goldberg
13                  Co-Lead Counsel for Lead Plaintiffs Julie Wiegand and Michael Birlenbach

14  Dated: May 2, 2018                 POMERANTZ LLP

15                                By: /s/ *Leigh H. Smollar*
16                                   Leigh H. Smollar
17                  Co-Lead Counsel for Lead Plaintiffs Julie Wiegand and Michael Birlenbach

18
19        Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

20  Dated: May 2, 2018            By: /s/ *Catherine D. Kevane*
                                      Catherine D. Kevane
21
22                      * * *

23                     **[~~PROPOSED~~] ORDER**

24  PURSUANT TO STIPULATION, IT IS SO ORDERED. (modified)
25
26  Dated: _____ May 11, 2018
27                      The Honorable
                    United States
28

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO