SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
VINCENT BARREDO (CSB No. 275518)
vbarredo@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants GoPro, Inc., Nicholas Woodman, Brian McGee and Charles J. Prober

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONG MIN PARK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, BRIAN MCGEE AND CHARLES J. PROBER<br><br>Defendants. | Case No.: 3:18-cv-00193-EMC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER AND ENTRY OF FINAL JUDGMENT<br><br>Date Action Filed: January 9, 2018 |

# FINAL JUDGMENT

WHEREAS on March 15, 2019, this Court granted Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint"), but allowed Lead Plaintiffs Julie Wiegand and Michael Birlenbach ("Lead Plaintiffs") leave to amend, [Dkt. No. 99]; and

WHEREAS on April 26, 2019, Lead Plaintiffs filed a Notice of Intention Not to File Amended Complaint, [Dkt. No. 100].

This Court hereby enters final judgment in this action and dismisses it with prejudice under Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

Dated: June 24, 2019

_____
The Honorable Edward M. Chen
United States District Court Judge